UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-80056-RLR

HOWARD COHAN,

    Plaintiff,

vs.

ZANS SAGINA INC.,
d/b/a MOBIL,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, ZANS SAGINA INC., d/b/a MOBIL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 2, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Mark C. Johnson** |
| Gregory S. Sconzo, Esq. | Mark C. Johnson, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No. 84365 |
| Sconzo Law Office, P.A. | JOHNSON \| DALAL |
| 3825 PGA Boulevard, Suite 207 | Attorneys for Defendant |
| Palm Beach Gardens, FL 33410 | 111 N. Pine Island Road, Suite 103 |
| Telephone: (561) 729-0940 | Plantation, FL 33324 |
| Facsimile: (561) 491-9459 | Telephone: (954) 507-4500 |
| Service Email: sconzolaw@gmail.com | Email: MJ@JohnsonDalal.com |
| Email: greg@sconzolawoffice.com | Service@JohnsonDalal.com |
| Attorney for Plaintiff | Attorney for Defendant |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**