UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-CV-80056-ROSENBERG/REINHART

HOWARD COHAN,

    Plaintiff,

v.

ZANS SAGINA, INC., *doing business as* MOBIL,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice at docket entry 14. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 11th day of March, 2020.

                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record